## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUQI ZHANG,

                Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Case No.: 2:26-cv-01494-RJC

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice appearance of Zheng "Andy" Liu is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

1