**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                    WHEN REPLYING, PROVIDE CASE
412–208–7500                                      NUMBER AND PARTY NAMES

July 27, 2026

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

　　　　　　RE:   YUQI ZHANG vs.  SCHEDULE A DEFENDANTS
　　　　　　　　Case Number:    2:26–CV–01494–RJC

Dear Sir/Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed please find a copy of the Complaint, Docket Entries, and AO 121 form filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　BRANDY S. LONCHENA
　　　　　　　　　　CLERK OF COURT

　　　　　By:　/s/ **Karen Sawdy**　　　　　　　　

　　　　　　　　　　Deputy Clerk

Enclosures